427 A.2d 1216

Bell, Appellant, v. Lauth, Jr. et al.

Argued June 25, 1979.   Herbert Braker, for appellant;   John G. Jenemann, for Lauth, Jr., appellee.   Stephen H. Skale, for Ratowski, et al., appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgment affirmed.

427 A.2d 1216

Bussard, Appellant, v. Bussard.

Submitted November 16, 1979.   Paul A. Bell, II, for appellant;   Leonard R. Reeves, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order and sentence affirmed.

* Judge Donald E. Wieand is sitting by special designation.   President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

This decision was reached following the death of Robinson, J.